James S. Coon
OSB#: 77145
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone:  (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone:  (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| TAYRN M. NAYLOR,<br><br>           Plaintiff,<br><br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>           Defendant. | Case No.: 3:20-cv-01584-JR<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,840.27 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave Ste 200, Portland OR

97204.  There are no costs or expenses.

    Dated this 2nd day of March, 2022.

                                                      /s/ Jolie A. Russo  
                                                   Jolie A. Russo  
Presented by:                           U.S, Magistrate Judge  
James S. Coon  
Thomas, Coon, Newton & Frost  
Of Attorneys for Plaintiff

Scott A. Sell  
Thomas, Coon, Newton & Frost  
Of Attorneys for Plaintiff